AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

Received
FEB 27 2025
USMS W/TX
El Paso

United States of America
v.
Julio Cesar SANCHEZ-Puentes

Case No. EP:25-M-00789-ATB

_____
Defendant

A true copy of the original, I certify,
Clerk, U.S. District Court
By_____PC_____
Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Julio Cesar SANCHEZ-Puentes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date: 02/27/2025

_____
*Issuing officer's signature*

City and state: EL PASO, TEXAS

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/27/25, and the person was arrested on *(date)* 3/10/25
at *(city and state)* Washington, DC.

Date: 3/11/25

_____
*Arresting officer's signature*

Asa Koontz Border Patrol Agent
*Printed name and title*

Warrant sworn to telephonically on February 27, 2025 at 01:53 PM and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)